# United States Bankruptcy Court
# Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## NOTICE AND ORDER VACATING ORDER OF DISMISSAL

**DEBTOR INFORMATION:**
Martin Cordell Hayes, Jr

**BANKRUPTCY NO.**  1:10–bk–12366–KT

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**   xxx–xx–0672
**Employer Tax–Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** N/A

**Address:**
16105 Tuba St.
North Hills, CA 91343

A Notice of Dismissal was noticed as a result of clerical error.

**THE DISMISSAL IS HEREBY VACATED.**

Dated: July 9, 2010

For The Court,

**Kathleen J. Campbell**
Clerk of Court